United States District Court
Southern District of Texas
**ENTERED**
March 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DERRICK SMITH, § § Plaintiff. § § V. § COMMISSIONER OF SOCIAL § SECURITY, § § Defendant. § | CIVIL ACTION NO. 4:23-cv-01953 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 24, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 14. Judge Edison filed a Memorandum and Recommendation on March 4, 2024, recommending the Commissioner's decision be upheld and this matter dismissed. Dkt. 23.

On March 18, 2024, Plaintiff filed a one-page document stating that he was filing an appeal of Judge Edison's decision. Dkt. 25. Though lacking in substance, the Court construes this document as Plaintiff's Objections to Judge Edison's Memorandum and Recommendation. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

2

The Court has considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 23) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) The Commissioner's decision is upheld and this matter is dismissed.

It is so **ORDERED**.

SIGNED at Houston, Texas on March 20, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE